UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LYNN TOLENO | Civil Action No. 07-cv-5507 (PGS) |
| Plaintiff, | |
| v. | |
| UNICARE LIFE & HEALTH INSURANCE COMPANY | **ORDER** |
| Defendants. | |

WHEREAS, this matter having come before the Court, and the parties having amicably resolved the matter,

IT IS on this 17th day of June, 2008,

ORDERED that the matter be and hereby is dismissed with prejudice and without costs, except any party upon good cause shown within sixty days may reopen the action if settlement is not consummated. The Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of the settlement.

_____
PETER G. SHERIDAN, U.S.D.J.

June 17, 2008